Pamela Ingram
February-1-2022

The Honorable Judge Howard
US District Court, Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, Fl 32202

Honorable Judge Howard,

     I am Pamela Ingram the mother of Harold C Potter, and I'm writing this to you on the behalf of my son so you may get some insight on who this man truly is. Harold was my second son born in May to a 19 years old child, yes a child that had no idea on how to be a mother. I will be the first to say that I was a child raising children. Here is a little back ground on me as a child into adult, I lived sexually, physically, and mentally abusive life with a man who was to love and protect me to no prevail. Not only me but also my 4 other siblings. My loving mom did the best she could working 2 jobs to support her 5 children that she truly loved to which the man who father us would take her money and spend it on liquor and drugs and didn't buy food, milk or formula for a 6 month old infant. Oh don't get me wrong we had a box of oatmeal to which didn't last long and we then would eat dry oatmeal we could scrape off from the counters, tables and floor. At night when mom would come home between her jobs to give money to leave again to another job this so called father would then lock me and my 4 siblings in to a closet to go out for hours only to return to do unthinkable things to his children. Long story short my mom had a mental brake down ending in a psychic ward putting me and my sibling in foster homes. Me and 2 of my younger sisters went to one home and my older brother and baby sister went to another home. Fast forward 1/12 years later my mom comes home and goes to court and was awarded custody of me and my older brother and our 3 younger siblings were awarded to the courts saying that mom wasn't mentally, physically or financially able to take care of 5 children. Honor that took a toll on this 7 years old little girls mind. I didn't adjust well needled to say.

  As I got older I was a very confused child not knowing how to love or how to be loved and wouldn't pick wisely when it came to men, ( I had no father to show me what true love was) so I had my first son at 17 met Harold's dad and had him at 19 and his dad was into drug and introduce me to them and I began my drug journey. This man was a very abusive man to which would beat me and the boys. He was a womanizer and never had just one woman, he had many and cheated on me all the time, he never worked I had to be the full supporter for my boys. He would leave us for weeks at a time just to come home to reek havoc on us. He left and never came back the last time he left us and not to my surprise for another woman who later became his wife.  He never paid a dime toward his boy their whole childhood. He would take Harold and his younger brother on the truck over the road as Harold got older. What this man subject his boys to is horrific. I will not go in to details for it is only hear say that Harold Potter has told me, however I believe him whole hearted for I know who his dad is.

     I am a shame of the mother I was, my boys seen things they should have never seen. I was a junkie and they would have to fend for themselves for days while me and my husband stayed in our room shooting up. I am not proud of who I was and what I put my boys through.

But at the age of 32 I surrender my life to God and I stand before you a new person. I did get out of drugs and turned my life around. We all went to church and then one day we had move and fall out of church, all though I never went back to drugs I turn to alcohol and drink every night. I never understood why I all ways turn to substance abuse until the last time I tried to commit suicide and was made to go to counseling. Fast forward to now and I am 25 years sober from all substance abuse thanks to counseling and God who shows mercy and grace to heal me from all that was done to me. My Heavenly Father showed me the true meaning of love through His Son Jesus Christ and without Him I wouldn't be who I am or where I'm at in my life.

Harold Potter was a great baby always smiling and full of laughter, as a toddler he was a charmer and had the cutest little face always smiling. From the first day Harold Potter started school he loved it and did very well in school, A B honor roll and into junior high school he did well. Harold Potter love to play football and even at his small size he was really good at it, the coaches were very impress with his ability to how good he was at his size. Him and his bigger brother Rick were very close and did everything together even as they got older they were close and all the way into adulthood. They always helped one another out when needed. Richard sadly passed away in 2007 and to this day it has been hard on Harold. Along with two other siblings that passed away shortly after Richard Harold's older sister Cheryl and his younger brother Matthew from his dad's side. He has had a lot of loss in a short period of time. When Harold was 16 we had moved back to Jacksonville from Ft Myers with my then off and on boyfriend and moved into an apartment in Mandarin, I was working at Mandarin Country Club. The only car was my boyfriend at the time so he would take me to work and pick me up, one day he didn't pick me up and I knew deep down something was wrong, when I finally got home he had left me again and moved out. I took what little money I had saved bought a car from my best friend and went on with life. I wasn't making enough money to keep up with all the bills. Harold came to me 6 months into watching me struggle to make bill and told me he was going to quit school and go to work for JL Lender framing company. I told him no however he convinced me and promised me that he would go back to school. This is who Harold is a helper even if it hurts him. This who he has always been. He did go back to school a year later as he promised me, he always keeps his promise.

I have watched my son Harold Potter battle depression due to what he has seen and been taught as a child and not being able to reach out to tell anyone of the demons he was fighting by himself. It breaks my heart as a mom to come to realize I as a parent failed my son and failed to protect him from things and people were to love and protect him as a child and failed.

Harold Potter had a rough up bringing and that is due to the parents he had. However Harold Potter is not his past nor his parents. He rosed above all that his dad and I did as young parents to him and became a shy, gentle, kind, loving man. Harold Potter is a hard worker and a master at his ability to build anything with his hands, he is a perfectionist and as he said once I won't put my name on it until its done perfect. Harold's employer's respects and admire his work and work ethics. Harold Potter will not start a job until it is completed. Harold Potter takes a lot of pride in his work. His clients highly recommended him to others for his work is high end quality.

Not only is he a perfectionist in his work ethics but also in his personal life. He's a great husband and provider for is family and will do any thing to help his family in need. He will go beyond the call of what is needed to help anyone who needs help. He's a great husband, son, Pa Pa and friend and loves beyond fault. Harold Potter never judge other for their fault because he believes in second, third and forth chances. Harold Potter believes in people even after what he has been through and no matter what someone may do or has done to him. Harold Potter has a very forgiving spirit.

My son Harold Potter is a shy man, he's quite and a gentleman. He treats woman with up most respect. He respects the law and is a law bidding citizen. He has never done anything to break the law. Harold Potter is soft spoken and wants nothing but peace in his life, no chaos or drama. All Harold ever

wanted in life was to love and to be loved and to make others happy and to be happy himself.  And all this was very important to him.

  Honorable Judge Harold Potter has been incarcerated for 5 months now and with in those 5 months my son has asked his maker God for forgiveness and has gotten right with his Heavenly Father and through God's mercy and grace my son had been set free from all the chains that once held him hostage to be the man God created him to be. Harold is happy that the darkness has been brought light as he say the truth will set you free and he's so glad that he told the truth and feels that the chains of bondage are broken to live a free and happy life. His main issue in the betrayal, the hurt that has cause the family. He prays for healing for all who are in involved.

 His (Harold Potter) faith in God is great. I know my son would be a great asset to society and would be an upright citizen that would and willing help others. With the talent that he has it would be a shame to waste and not to utilize in society to help those in need. I'm willing to help my son get his contractors license so he could expand his ability to expand his work force towards the community. I believe Harold would be a waste of talent sitting in prison and not helping out in society and in his community. I pray that you have mercy on Harold Potter and see that he is not what he has done..  That he is loved, need and wanted by many.. I love my son with every fiber in me and I pray that Gods keeps him and that His will be done.


          Thank you
          Pamela Ingram

P.S I have enclosed a few pictures of Harold and family.





James Ingram
January-29-2022



The Honorable Judge Howard
US District Court, Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, Fl 32202


Honorable Judge Howard,

I am James Ingram and have known Harold Potter for 25 years and through these years we have become very close. I am Harold's stepdad and Harold has lived with us on several occasions. Harold has been a very important part of our family unit and was a responsible man when it came to helping with the up keeping of our home and finances. He is a very responsible man when it comes to the responsibility in his life, he's very dependable when it comes to his work, family and friends. I recall one Christmas he and his wife came down from Georgia to spend the Holiday with us and I had been injured and had been out of work and we didn't have much money for our children to have Christmas and this young man at the age of 28 went out and bought presents and Christmas dinner for my children and our family. This man has a heart of gold and will go beyond the call of duty to help anyone in need.

  Harold has also worked for me when I was a superintendent on many of the projects I have worked on along with working for me in my own business. He is a very skilled carpenter at all that he does. He is very skilled with his hands and very smart to when it comes to creating designs for the projects. I enjoyed working with him and he was a great asset to the projects. Harold worked well with the customers paying attention to each detail to the project. The customers always complimented him on his mannerism and professional detail for each project. He would always arrive early and stay late if the job needed to get done. He was always prepared with his tools and material needed for the projects. Harold is a very hard and dedicated worker.

  Harold not only worked hard and dedicated in his professional life but also in his personal life. I watched him with his first wife and children and he was a loving, supporting, caring and dedicated family man. He worked hard to make sure they had what they need and at times what they wanted. I watch him fall apart when the family unit fall apart. He worked through it and stay single for a while for he was deeply in love with his ex. Harold would do anything for his family and friends, he's loyal and faithful to those he loves. Harold meet second wife and has been married to this wonderful woman for 11 years. He worked hard to make sure he took care of her in meeting all of her needs and the desire of her heart. Harold is a great family man , he's a great son, a great grandpa and a great friend that goes out of his way to make sure everyone is happy.

  Honor Harold will always have a job with me and a safe place to live with me and his mom. There isn't anything I wouldn't do for Harold. Honor as I see it would be a great loss to the

society and to the community to see Harold's talent go to waste incarcerated when he could do great thing in society and in his community. I know Harold has got right with God and now is the man God created him to be. I also know that all Harold wants to do is make the wrong he did and make it right and his main goal is that the Lord heals the family unit. I pray that God's will be done in Harold's life Honor and that you will see by receiving this letter
that Harold a good man and not what he has done but who he truly is and that he is truly loved by many.

     Thank you,
     James Ingram

Mona Rienhardt

███████████████

███████████████

January 26, 2022

The Honorable Judge Howard
US District Court, Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, FL 32202

Your Honor:

My name is Mona Rienhardt, I am a 64-year-old retired accounting manager, and I am writing to give you background information on the character of my friend and neighbor, Harold "Butch" Potter to help you understand who he is before his upcoming sentencing hearing. I met Mr. Potter, January 8, 2013, the day after I closed on my current home in Middleburg. His wife's cleaning service was recommended by my father-in-law, and Butch came to give us an estimate for painting the interior walls of our new home. We were moving from suburban South Florida and had no idea what prices were considered "fair" in rural Middleburg. Instead of just quoting a price he measured walls, calculated square footage, consulted a friend in the painting business, and then gave us a quote for labor, with us providing the paint. This has been the pattern of all our business transactions: honest, methodical, and fair; not to mention patient, as I requested 7 different colors! (and he took no commission on paint or supplies, we just reimbursed the original receipts.)

We retired early and moved to Middleburg to take care of my husband's parents, as my mother-in-law was developing dementia, and they needed help. To provide income, since we both needed to care for them, we purchased 2 rental properties. "Butch" Potter volunteered to check out the properties we looked at and we valued his expertise in construction and "doing things the right way." (His words.) We bought the rentals and employed Mr. Potter as a handyman to find and fix problems. We often visited the worksites with materials and food, and became friendly with both husband and wife. After months of working together on projects, we were officially friends, visiting each other's homes for dinner.

While working on repairs at our home, they noticed the property next door to us was being readied for resale. Originally, we were going to buy the property ourselves and rent it to them, as the trailer they lived in was not kept up by their landlord, however a charity was selling the home to first-time buyers only. We provided the mortgage so they could live in a safe home with acreage for their animals.

We took out a section of fence between our properties and put in a gate. We gave them keys to our house to look after it if we were away, or look in on our dog if my in-laws had a medical emergency. We trust Mr. Potter with access to our property, our home, and our dog. He never betrayed that trust, and always used that access for the best possible reasons. Our daughter lives in Texas, and we try to drive there once a year. One year, after the workshop

Butch Potter helped my husband build was finished, we came home from Texas to find Butch had organized some neighbors to move my husband's heavy woodworking tools from the garage into the shop as a surprise. When Hurricane Irma flooded the Black Creek on Sept 11, 2017, we were in Texas again. Butch let himself in and tried to find the keys car keys to our Nissan Frontier to move it to higher ground. Unfortunately, the keys were in the safe and the safe key was unavailable, so our Nissan was totaled during the flood. He did what he could to elevate our important items. After the flood, he unlocked the doors and let out the 3 feet of water in our house. He assisted not just us, but other neighbors as well removing wet items, free or charge or obligation, taking several weeks off from his profitable job as a semi truck driver to help.

One of our rental properties was vandalized allegedly by the boyfriend of the outgoing tenant. In addition to breaking the doorframe and stealing the appliances, the suspect vandalized the electric meter, and sabotaged the water pipes beneath the trailer by pin holing the pipes, which allowed water to leak into the under-floor insulation attracting rats. When Butch Potter heard about the vandalism, he volunteered to check over the damage, crawling under the trailer in a protective suit. When he saw the damage and heard the estimates I was getting from the local plumbers, he offered to repair the damage through his handyman company for much less money, and took a week's vacation for his truck driving job to do the work himself, and be sure it was done right.

Harold "Butch" Potter has proved himself to me to be an honest, kind and helpful friend.

Sincerely,

Mona Rienhardt

Obe Rienhardt



The Honorable Judge Howard
US District Court, Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, FL 32202

Honorable Judge Howard,

My name Is Obe Rienhardt, and I have known Harold Butch Potter since January 2013. I'd like to tell you a little about him as a person. We met originally when his wife recommended him to paint our house, when we moved to Middleburg from Sunrise, FL. I was impressed by the attention to detail as he examined all the rooms, measuring and making a floorplan, asking detailed questions about color, trim and type of paint. While he was clearly surprised at my wife's choice of 7 colors, with multiple colors in most rooms, he politely just explained she needed to be SURE it was what she wanted, since changing her mind after would mean more paint, more labor, and more money. He included prep in the labor price, which included a WHOLE lot more removable of screws, nails, and mudding holes than any of us suspected.

I am a retired IT Systems Administrator who moved to Middleburg so my wife and I could help my elderly parents, my dad with heart problems and Mom with dementia. We bought rental properties so we could have an income, and Butch Potter helped us check out places, using his skills as a construction supervisor and handyman to find us worthwhile homes to rent out. We hired his company to help with the renovations, and Butch and I bonded. We have the same attention to detail, the same refusal to stop at "that is close" and we worked well together. One of my hobbies is woodworking, and it isn't always easy to find someone who appreciates handcrafted pieces. Butch and I share that appreciation.

Eventually our wives got together too, and we all became friends. We went to lunch together while working on the rentals. As I found out he and his wife were looking for a new home. I also found out the house next door was up for sale, so I helped them get it by providing the mortgage. We ripped out the fence between the properties. Butch and I designed and built the woodworking shop I always wanted. While the fence was down Butch suggested the lumber be stored on his property so we could easily build the workshop. Butch and I did most of the day-to-day work on the workshop ourselves as a team. He is professional and easy to work with. We would stop and all have dinner at one of the two houses. The most impressive thing about Butch was his insistence on safety procedures. The workshop is 900 square feet with an 8-12 pitch shingle roof. We hired professional for the things that Butch felt would be safer than the two of us doing ourselves. No matter who was doing the work Safety was one of the most important things for him, so we made sure all the proper tools and equipment were used. He

wouldn't let me do anything he considered too dangerous. He made sure everything was up to or better than the building inspector's expectations. When we put the fencing back up, we installed a gate between the properties and became "back door friends." We are friends, neighbors, and coworkers.

On a personal note, I liked the way Butch Potter treated people. He was always helping neighbors. When he borrowed a neighbor's tractor, he returned it cleaned, and did maintenance on it. If he needed to borrow the lawn mower or truck, he would return it clean and with fuel.

 As part of the ongoing maintenance of our rental properties I preloaded a Home Depot debit card so he could buy parts and supplies for our projects, I gave him the key to the workshop, which is also the house key. He watched our house when we were out of town and surprised me by getting a group together to move all my heavy tools (table saw, drill press, band saw, etc) from the garage into the workshop, as the workshop was designed with a sliding barn door that was set at the height of my pickup truck bed. Another time, when Irma caused the Black Creek to flood our house, he tried to get the truck keys to move my truck to safety, but the keys were stuck in our safe. He let the flood water OUT of the house after because we were still out of state, saving our house from increased damage. When one of our rental properties was vandalized, Butch took a week's vacation from his real job, as a long-haul driver, to fix pin-hole water leaks the vandal made in the under-trailer water piping, saving us a lot of time and money so that we could put it back on the market to rent again by the next month.

Butch Potter is generous with his time and skills, a talented and dedicated worker, and a good friend.

Obe Rienhardt

1-24-2022

To whom it may Concern;

This Letter is written about the Character of Harold Potter. My name is Patrick McDevally and have known Mr. Potter and his family for Many years. Harold has worked with me over the years on several projects one in particular in which we worked together on a home addition for over a year. He always presented himself with good work ethics such as: being on time, working Late, willing to extend himself for the success of the project also a very skilled carpenter. I would consider me and Harold close friends and his mother Pam Ingram as well and believe that if given a second chance Harold would be an asset to society with the Loving support of his family and friends.

Thank you

Pat McClunory

Also: If you have anymore questions about Mr. Potter and his Character as it is Limiting to summarize a person in a letter. Please feel free to call or e-mail



Louie J. Murphy

January 24, 2022

To Whomsoever it May Concern:

I have known Butch for fourteen years. He has always displayed a high degree of integrity and responsibility around my two children, setting a positive example in their lives. Butch is definitely a leader and has proven this ability through owning his own successful business. We lived together for six months and he was always dependable and practiced good judgement in every aspect of his personal life.

Butch has been and remains a close part of my life and I am happy to give him my wholehearted endorsement.

Sincerely,

Louie J. Murphy

James Jones

January 25, 2022

Honorable Judge Howard
US District Court, Middle District of Florida
Jacksonville Division

Re: Harold Potter

Dear Judge Howard:

I am writing this letter to the court with the hopes of allowing the court to see the side of Harold Potter I have known in hopes it will provide insight that will assist in your decisions for sentencing.

I am 62 years of age, a retired US Navy Senior Chief Petty officer and I have worked in the transportation industry since 1995. I have worked my way through the cooperate ladder to my current position as General manager for Thom's Transport CO., Inc. in Blackshear Georgia. I have been in this position for the last 15 years.

Harold has worked for us on several occasions since 1999 as an over the road Driver. I personally hired him and found him to be a personable candidate for the position. He has proven to always been on time and kept our equipment in top notch condition. He was always one of our top performing employees. We could always rely on him to have the freight delivered where it needed to be on time and within Company Policy and the Federal Motor Carriers guidelines.

I had received several compliments from customs and supervisors on his exceptional service and attention to detail. He is highly regarded in the Thom's Transport family from the Owners of the Company down because of his attitude and drive. He was always well respected by his peers. We used his expertise in transportation to guide and assist new employees if they had any questions on how to accomplish tasks from load securement, tarping of loads or hours of service questions. He never failed to help a fellow employee.

I was contacted by Harold last year and we discussed the state of the industry and the current climate in our sector of transportation. He had expressed an interest in possibility returning to Thom's Transport in the future should his current position not meet his financial goals.

I would hire him in a second as he has shown a unique understanding of our industry and always represented the Company in a positive light based on his actions and commitment.

I pray the court takes my personal letter into account on behalf of Harold Potter.

James Jones



*Family Owned Since 1962*

**TOM TROUT**inc.
GENERAL CONTRACTOR

January 25, 2022

To whom it may concern,

Butch Potter was employed with our 60 year old family owned construction company for a little over three years as a Project Field Supervisor. During his tenure with us, he proved to be highly competent in his role. One of his best attributes was professionalism & focus. At times, the Project Field Supervisor's role can be very challenging and frustrating. Butch was always courteous and managed to keep a cool head under pressure. He was one of the best Project Field Supervisors that we have ever employed throughout our 60 year history. He was trusted, well liked and respected by our clients and teammates.

Respectfully,

Thomas W. Trout III
President