Dear Judge Howard

I'm am full of Shame. I hurt because I have damaged, one beautiful, relationships I've shared with my Stepdaughter, Grandaughter and family. It crushes my soul when the hurt, sadness, and sometimes anger is heard in my wifes voice when I call her daily. That same hurt haunts me knowing others are experiencing the same emotions. I have turned the lives of the ones I cherrish upside down. I hurt knowing that I can't fix the damage and hurt ~~I have~~ my lack of temperance has caused. I don't write about my hurt in hope of sympathy. I write about it to make known that ~~I~~ do not deny or excuse my wrong. I write about it ~~th~~ to make know my deep remorse. I deserve all the suffering. I am exactly where I need to be at the present time, suffering the consequences of my reprehensible actions. I do not hurt not being able to repair the damage I caused to myself. ~~Its~~ It's not being able to mend the hurt in the hearts and lifes of the family ~~and~~ I love and cherrish. I am wrecked on the inside. They do not deserve to suffer, but they are. I want to fix it, but I can't. I want to reach out to those I've been prevented from reaching out to and offer my apologies and ask to be forgiven. I know there will not be an apology acceptable enough to fix this. I've betrayed them. I've let them down. I am willing to stand before those I have hurt and betrayed to suffer their wrath to right the wrong, but this

would not right the wrong. I would build the gallow and supply the rope, but this would not fix it either. There is not a judgement that can be made to fix what I have done. Please know, I did not love or even like my reprehensible lust that I have bottled most of my adult life. I have been living with this shameful guilt most of my adult life. I have hurt inside as long as I can remember. I've been lonely inside as long as I can remember. I hated myself. I am thankful today as I write this letter. Since I have confessed, to my mother first, then my wife and to the authorities the weight of the desire of death has been lifted. My shameful guilt is confessed and in the open. My chains are broken. Now I can freely seek the help I need and desire. I no longer have a reason to fear if I reach out. I ask, that you not condemn me or hate me. I've done that to myself most of my life. I can't heal and fix any of this. There is only one person able to truly mend the hearts. GOD!

Respectfully
Harold Potter /s/
*Harold Potter*